

10-CV-00602-ORD

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

WIZARDS OF THE COAST LLC,

        Plaintiff,

v.

JONATHAN DEWAYNE CLIFTON;
JENNIFER ROSE CLIFTON; JASON
BAILEY; ADAM SCHLAGETER,

        Defendants.

Case No. 2:10-cv-00602

**FINAL JUDGMENT ON CONSENT**

## I. CONFESSION OF JUDGMENT

Defendant Jonathan Dewayne Clifton ("Clifton") confesses and consents to judgment in favor of Plaintiff Wizards of the Coast LLC ("Wizards") and authorizes the Court to enter judgment granting monetary and permanent injunctive relief in favor of Wizards and against Clifton as set forth below.

Clifton confesses and consents to judgment as follows:

1. Clifton consents to this Court's jurisdiction over the subject matter at issue in this action.

2. Clifton consents to this Court's personal jurisdiction over him for the purposes of entry and enforcement of this Final Judgment on Consent and all related matters.

FINAL JUDGMENT ON CONSENT - 0

119153.0001/1840780.2

LANE POWELL PC
1420 FIFTH AVENUE, SUITE 4100
SEATTLE, WASHINGTON 98101-2338
206.223.7000 FAX: 206.223.7107

3. Clifton consents to entry of this judgment for monetary relief against him and in favor of Wizards as a remedy for Clifton's alleged fraudulent creation of fictional players, fictional tournament organizers and fictional events related to Wizards' trading card game product Magic: The Gathering® ("Magic"), and Clifton's alleged sale of the premium and promotional Magic trading cards, which Clifton allegedly fraudulently induced Wizards to provide. Clifton recognizes that these actions, if true, undermined the integrity and brand proposition of Magic and its tournament system, as alleged in the Complaint appended hereto as Exhibit A. Clifton consents to entry of such judgment in the total amount of One Hundred Thousand Dollars ($100,000).

4. Clifton consents to entry of this judgment for permanent injunctive relief against him and in favor of Plaintiff Wizards immediately, permanently, and forever enjoining Clifton, his agents, representatives, and any other persons in active concert or participation with him who receive actual notice of this Final Judgment on Consent by personal service or otherwise from directly or indirectly (a) participating in any Magic tournaments, including without limitation those supported, sanctioned or sponsored by Wizards at any time and anywhere in the world, whether as an organizer, sponsor or player; (b) participating in online play through Wizards' Magic: The Gathering Online® game; and (c) selling any Magic trading cards on eBay or elsewhere.

5. Clifton agrees and stipulates that this Final Judgment on Consent is final and may not be appealed by either party.

DATED this ___ day of May, 2010.

JONATHAN DEWAYNE CLIFTON

FINAL JUDGMENT ON CONSENT - 0

119153.0001/1840780.2

LANE POWELL PC
1420 FIFTH AVENUE, SUITE 4100
SEATTLE, WASHINGTON 98101-2338
206.223.7000 FAX: 206.223.7107

## II. VERIFICATION

I, Jonathan Dewayne Clifton, verify under oath that the above Confession of Judgment is agreed to, and stipulated to, by me.

*[signature]*
JONATHAN DEWAYNE CLIFTON

## III. ASSENT BY PLAINTIFF

Plaintiff Wizards of the Coast LLC assents to the entry of this Final Judgment on Consent agreed to, stipulated to, and authorized by Defendant Jonathan Dewayne Clifton.

DATED this ____ day of May, 2010.

WIZARDS OF THE COAST LLC

By  *M. MAYHEW*
Its  *SVP FINANCE*

## IV. JUDGMENT

Having reviewed this Final Judgment on Consent granting monetary and injunctive relief in favor of Wizards of the Coast LLC against Defendant Jonathan Dewayne Clifton, based on the foregoing Confession of Judgment, Verification and Assent by Plaintiff, the Court enters judgment as follows:

1. The Court has jurisdiction over the subject matter at issue in this action.

2. The Court has personal jurisdiction over Defendant Clifton for the purposes of entry and enforcement of this Final Judgment on Consent and enforcement of all related matters.

FINAL JUDGMENT ON CONSENT - 0

119153.0001/1840780.2

1      3.    Judgment for monetary relief is awarded against Clifton and in favor of Plaintiff Wizards of the Coast LLC in the amount of One Hundred Thousand Dollars ($100,000).

4.  Judgment for permanent injunctive relief is awarded against Clifton and in favor of Plaintiff Wizards of the Coast LLC. Clifton, his agents, representatives, and any other persons in active concert or participation with him who receive actual notice of this Final Judgment on Consent by personal service or otherwise, are permanently and forever enjoined from directly or indirectly (a) participating in any Magic tournaments, including without limitation those supported, sanctioned or sponsored by Wizards at any time and anywhere in the world, whether as an organizer, sponsor or player; (b) participating in online play through Wizards' Magic: The Gathering Online® game; and (c) selling any Magic game cards on eBay or elsewhere.

6.  Each party shall bear its or his own attorneys' fees, costs, and expenses.

7.  Given Clifton's confession of judgment, there is no just reason to delay entry of final judgment against him.

8.  This Final Judgment on Consent may not be appealed by either party.

DATED this 4th day of June, 2010.

                                                              THE HONORABLE ROBERT LASNIK

FINAL JUDGMENT ON CONSENT - 0

LANE POWELL PC
1420 FIFTH AVENUE, SUITE 4100
SEATTLE, WASHINGTON 98101-2338
206.223.7000 FAX: 206.223.7107

119153.0001/1840780.2

Presented by:

LANE POWELL PC

Gwendolyn C. Payton, WSBA #26752
LANE POWELL PC
1420 Fifth Avenue, Suite 4100
Seattle, WA 98101
Telephone: 206-223-7000
Fax: 206-223-7107

Attorneys for Plaintiff
Wizards of the Coast LLC

FINAL JUDGMENT ON CONSENT - 0